# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHANG SUP HAN<br><br>           Debtor. | Case No. 2:13-cv-1524-ODW<br><br>Bankruptcy Case No. 2:11-bk-30025-RK<br>Adversary Case No. 2:11-ap-2632-RK<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Under Federal Rule of Bankruptcy Procedure 8006, an appellant must file within 14 days after a notice of appeal, (1) a designation of items to be included in the record on appeal, and (2) a statement of issues to be presented. To the Court's knowledge, Appellant has not done this in this appeal. The Notice of Appeal was filed on February 25, 2013. (ECF No. 2.)

Appellant Brewster is hereby **ORDERED TO SHOW CAUSE** in writing no later than April 22, 2013, why this appeal should not be dismissed for lack of prosecution and failure to comply with the applicable rules. No hearing will be held. Failure to timely respond to this order will result in dismissal of this appeal.

**IT IS SO ORDERED.**

April 11, 2013

                                                    _____
                                                         **OTIS D. WRIGHT, II**
                                             **UNITED STATES DISTRICT JUDGE**